UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATIONAL FAIR HOUSING ALLIANCE,
                   Plaintiff(s),

                                  **NOTICE OF COURT CONFERENCE**

    -against-

FACEBOOK,                                     18 civ 2689 (JGK)
                   Defendant(s).
-----------------------------------------------------------X

To All Parties,

      You are directed to appear for a pretrial conference, to be held on **Monday, May 7, 2018,** in Courtroom 14A, at 4:30pm, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

      For any further information, please contact the Court at (212) 805-0107.

                                                             **Don Fletcher**
                                                          **Courtroom Case Manager**

Dated: New York, New York
          April 3, 2018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2018