USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED __4-17-18__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

NATIONAL FAIR HOUSING ALLIANCE ; FAIR HOUSING JUSTICE CENTER, INC. ; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC. ; FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO,

    Plaintiffs,

v.

FACEBOOK, INC.,

    Defendant.

------------------------------------

Case No. 18 Civ. 02689 (JGK)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of ROSEMARIE T. RING, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

Rosemarie T. Ring
MUNGER, TOLLES & OLSON LLP
rose.ring@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
(415) 512-4000

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant FACEBOOK, INC. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

4/16/18

Honorable John G. Koeltl
United States District Judge

2.