UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE ; FAIR HOUSING JUSTICE CENTER, INC. ; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC. ; FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO,<br><br>        Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 18 Civ. 02689 (JGK)<br><br>**RULE 7.1. CORPORATE DISCLOSURE STATEMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Facebook, Inc.,[1] through its counsel, hereby provides the following Corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1.:  Facebook is a publicly traded company.  It does not have a parent corporation, and no publicly-held corporation owns more than ten percent of its stock.

---

[1] Facebook reserves all rights, including defenses and objections as to venue and personal jurisdiction; the filing of this Joint Report is subject to, and without waiver of any such defenses and objections.

Dated:  May 7, 2018                      By:    */s/*     *Rosemarie T. Ring*
                                                Rosemarie T. Ring

                                        Rosemarie T. Ring (*admitted pro hac vice*)
Jonathan H. Blavin (*admitted pro hac vice*)
Joshua Patashnik (*admitted pro hac vice*)
Elizabeth A. Kim (*admitted pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission St, 27th Floor
San Francisco, CA 95105-2907
Telephone: (415) 512-4000
Facsimile:  (415) 512-4777
E-mail: rose.ring@mto.com
E-mail: jonathan.blavin@mto.com
E-mail: josh.patashnik@mto.com
E-mail: elizabeth.kim@mto.com

*Attorneys for Defendant Facebook, Inc.*