```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5-8-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL FAIR HOUSING ALLIANCE, ET AL.,

        Plaintiffs,

  - against -

FACEBOOK, INC.,

        Defendant.

---

18-cv-2689 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the defendant shall file any motion to transfer and/or any motion to dismiss by **June 4, 2018**. No pre-motion conference is necessary. The plaintiffs shall respond by **July 11, 2018**. The defendant shall reply by **August 3, 2018**. Discovery is stayed until such motions are resolved because the defendant has made a sufficient showing that the proposed motions may be dispositive of the case proceeding in this Court.

SO ORDERED.

Dated:    New York, New York
            May 7, 2018

                                                      John G. Koeltl
                                         United States District Judge