UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING JUSTICE CENTER, INC.; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO,<br><br>                    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>                    Defendant. | No: 18 Civ. 2689<br><br>DECLARATION OF ROSEMARIE T. RING IN SUPPORT OF MOTION TO TRANSFER VENUE, OR ALTERNATIVELY TO DISMISS PLAINTIFFS' COMPLAINT |

## **DECLARATION OF ROSEMARIE T. RING**

I, Rosemarie T. Ring, declare as follows:

I am an attorney licensed in the State of California and admitted *pro hac vice* to practice before this Court in the above-captioned matter. I am counsel for Defendant Facebook, Inc. in the above-captioned matter. I have personal knowledge of the facts set forth below, and could testify competently to those facts if called to do so.

1. Attached hereto as Exhibit A is a true and correct copy of Facebook's "Discriminatory Practices" subpage of its "Advertising Policies" webpage. Munger, Tolles & Olson employees working at my direction obtained a copy of this document on June 1, 2018, from the following website: https://www.facebook.com/policies/ads/prohibited_content/discriminatory_practices.

2. Attached hereto as Exhibit B is a true and correct copy of Facebook's Advertising Policies. Munger, Tolles & Olson employees working at my direction obtained a copy of this document on June 1, 2018, from the following website: https://www.facebook.com/policies/ads/.

1

3. Attached hereto as Exhibit C is a true and correct copy of Facebook's current Terms of Service. Munger, Tolles & Olson employees working at my direction obtained a copy of this document on June 4, 2018 from the following website: https://www.facebook.com/terms.php.

4. Attached hereto as Exhibit D is a true and correct copy of the First Amended Complaint filed in *Mobley et al. v. Facebook, Inc.*, Case No. 5:16-cv-06440-EJD (N.D. Cal.), ECF No. 28. I was served with a copy of this document through ECF as counsel of record for Facebook in this case.

5. Attached hereto as Exhibit E is a true and correct copy of the original Complaint filed in *Mobley et al. v. Facebook, Inc.*, Case No. 5:16-cv-06440-EJD (N.D. Cal.), ECF No. 1. Munger, Tolles & Olson employees working at my direction obtained a copy of this document on June 4, 2018 from PACER.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 4th day of June 2018 at San Francisco, California.

                                              */s/ Rosemarie T. Ring*
                                                Rosemarie T. Ring