# EXHIBIT A

Sign Up

Join or Log Into Facebook

**Advertising Policies**

‹ **Prohibited Content**

1. Community Standards

2. Illegal Products or Services

3. Discriminatory Practices

4. Tobacco Products

5. Drugs & Drug-Related Products

6. Unsafe Supplements

7. Weapons, Ammunition, or Explosives

8. Adult Products or Services

9. Adult Content

10. Third-Party Infringement

11. Sensational Content

12. Personal Attributes

13. Misleading or False Content

14. Controversial Content

15. Non-Functional Landing Page

16. Surveillance Equipment

17. Grammar & Profanity

18. Nonexistent Functionality

19. Personal Health

20. Payday or Cash Advance Loans

21. Multilevel Marketing

22. Penny Auctions

23. Counterfeit Documents

24. Low Quality or Disruptive Content

25. Spyware or Malware

26. Automatic Animation

27. Unauthorized Streaming Devices

28. Circumventing Systems

29. Prohibited Financial Products and Services

## 3. Discriminatory Practices

**Policy**

Ads must not discriminate or encourage discrimination against people based on personal attributes such as race, ethnicity, color, national origin, religion, age, sex, sexual orientation, gender identity, family status, disability, medical or genetic condition.

Facebook prohibits advertisers from using our ads products to discriminate against people. This means that advertisers may not (1) use our audience selection tools to (a) wrongfully target specific groups of people for advertising (see Advertising Policy 7.1 on Targeting), or (b) wrongfully exclude specific groups of people from seeing their ads; or (2) include discriminatory content in their ads. Advertisers are also required to comply with applicable laws that prohibit discrimination (see Advertising Policy 4.2 on Illegal Products or Services). These include laws that prohibit discriminating against groups of people in connection with, for example, offers of housing, employment, and credit.

U.S. Department of Housing and Urban Development

U.S. Equal Employment Opportunity Commission

Consumer Financial Protection Bureau

American Civil Liberties Union

Leadership Conferences on Civil and Human Rights

Department of Justice – Civil Rights Division

National Fair Housing Alliance

Disclaimer: This guide is not a substitute for legal advice. Consult a legal professional for specific advice about your situation.

Was this explanation helpful?



Yes    No