UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING JUSTICE CENTER, INC.; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　　　Defendant. | No: 18 Civ. 2689<br><br>DECLARATION OF MICHAEL DUFFEY IN SUPPORT OF MOTION TO TRANSFER VENUE, OR ALTERNATIVELY TO DISMISS PLAINTIFFS' COMPLAINT |

### DECLARATION OF MICHAEL DUFFEY

I, Michael Duffey, declare:

1.　　I am an employee of Facebook, Inc. ("Facebook"). My job title is eDiscovery/Litigation Project Lead. I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2.　　Facebook is a Delaware corporation. Its headquarters and principal place of business is located at 1601 Willow Road, in Menlo Park, California. Menlo Park is located in San Mateo County.

3.　　All or nearly all of the witnesses that Facebook would rely on in this matter are located in California. For example, Facebook employees from the ads policy, product management and engineering teams that are responsible for decisions about Facebook's advertising policies, practices, and platform are located in Menlo Park.

1

4.      All or nearly all of the documentary evidence relating to this matter is also located in California.  For example, Facebook's records relating to the Advertising Policies and recent changes to the self-serve Advertising Platform tools, including the targeting tools challenged by Plaintiffs, are located in California.

5.      According to Facebook's records, Plaintiff National Fair Housing Alliance ("NFHA") registered for a Facebook account on January 26, 2009.

6.      According to Facebook's records, Plaintiff Housing Opportunities for Project Excellence, Inc. ("HOPE") registered for a Facebook account on November 19, 2009.

7.      According to Facebook's records, Plaintiff Fair Housing Council of Greater San Antonio ("FHCGSA") registered for a Facebook account on April 29, 2015.

8.      According to Facebook's records, Plaintiff Fair Housing Justice Center ("FHJC") registered for a Facebook account on September 13, 2016.

9.      Any person or entity who registered to use Facebook from the period of time spanning from January 26, 2009 to September 13, 2016 would have been presented with and required to assent to Facebook's Terms of Use to complete the registration process and create an account.

*NFHA's Consent to the Terms of Use*

10. Any person or entity who registered to use Facebook on or about January 26, 2009, the date on which NFHA registered for Facebook, would have been presented with the screen attached hereto as **Exhibit A** and reproduced below. **Exhibit A** is a true and accurate copy of the screen that existed at the time NFHA registered for Facebook and is representative of the registration procedure that existed then.



11. To register for a Facebook account, the person must fill in all of the identification fields and then click the "Sign Up" button.

12. If the user did not complete these steps, that user could not have registered for Facebook.

13. As **Exhibit A** shows, below the green "Sign Up" button users are notified that "By clicking Sign Up, you are indicating that you have read and agree to the Terms of Use and Privacy Policy." "Terms of Use," which appears in blue, hyperlinked to those terms. If a user

clicked on the Terms of Use hyperlink, they would have been redirected to a page displaying the complete Terms of Use operative on that date.

14. The Terms of Use operative on January 26, 2009 are attached hereto as **Exhibit B**. **Exhibit B** is a true and correct copy of Facebook's Terms of Use in effect on January 26, 2009 when NFHA registered to use Facebook.

15. The Terms of Use in effect on January 26, 2009, stated that

> By accessing or using our web site at www.facebook.com or the mobile version thereof (together the "Site") or by posting a Share Button on your site, you (the "user") signify that you have read, understand and agree to be bound by these Terms of Use ("Terms of Use" or "Agreement"), whether or not you are a registered member of Facebook.  We reserve the right, at our sole discretion, to change, modify, add or delete portions of these Terms of Use at any time without further notice.  If we do this, we will post the changes to these Terms of Use on this page and will indicate at the top of this page the date these terms were last revised.  Your continued use of the Service or the Site after any such changes constitutes your acceptance of the new Terms of Use. …
>
> PLEASE READ THESE TERMS OF USE CAREFULLY AS THEY CONTAIN IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES AND OBLIGATIONS.  THESE INCLUDE VARIOUS LIMITATIONS AND EXCLUSIONS, AND A DISPUTE RESOLUTION CLAUSE THAT GOVERNS HOW DISPUTES WILL BE RESOLVED.

16. The Terms of Use in effect on January 26, 2009, also included a clause governing forum selection, personal jurisdiction, and choice of law.  That clause provided:

> [Y]ou agree that the laws of the State of Delaware, without regarding to principles of conflict of laws, will govern these Terms of Use and any dispute of any sort that might arise between you and the Company or any of our affiliates.  With respect to any disputes or claims not subject to arbitration (as set forth below), you agree not to commence or prosecute any action in connection therewith other than in the state and federal courts of California, and you hereby consent to, and waive all defenses of lack of personal jurisdiction and forum non conveniens with respect to, venue and jurisdiction in the state and federal courts of California.

*FHJC's Consent to the Terms of Use*

17. Any person or entity who registered to use Facebook on or about September 13, 2016, the date on which FHJC registered for Facebook, would have been presented with the

4

screen attached hereto as **Exhibit C** and reproduced below. **Exhibit C** is a true and accurate copy of the screen that existed at the time FHJC registered for Facebook and is representative of the registration procedure that existed then.



18. To register for a Facebook account, the person must fill in all of the identification fields and then click the "Sign Up" button.

19. If the user did not complete these steps, that user could not have registered for Facebook.

5

20.  **Exhibit C** depicts a phrase above the green "Sign Up" button that states "By clicking Sign Up, you agree to our Terms and that you have read our Data Policy, including our Cookie Use." "Terms," which appears in blue, hyperlinked to those terms.  If a user clicked on the Terms hyperlink, the user would have been redirected to a page displaying the complete Terms of Use operative on that date.

21.  The Terms of Use operative on September 13, 2016, entitled "Statement of Rights and Responsibilities," are attached hereto as **Exhibit D.  Exhibit D** is a true and correct copy of Facebook's Statement of Rights and Responsibilities in effect on September 13, 2016 when NFHA registered to use Facebook.

22.  The Terms of Use in effect on September 13, 2016, stated that

> This Statement of Rights and Responsibilities ("Statement," "Terms," or "SRR") derives from the Facebook Principles, and is our terms of service that governs our relationship with users and others who interact with Facebook, as well as Facebook brands, products and services, which we call the "Facebook Services" or "Services". By using or accessing the Facebook Services, you agree to this Statement, as updated from time to time in accordance with Section 13 below.

23.  The Terms of Use in effect on September 13, 2016, also included a clause governing forum selection, personal jurisdiction, and choice of law.  That clause provided:

> You will resolve any claim, cause of action or dispute (claim) you have with us arising out of or relating to this Statement or Facebook exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County, and you agree to submit to the personal jurisdiction of such courts for the purpose of litigating all such claims. The laws of the State of California will govern this Statement, as well as any claim that might arise between you and us, without regard to conflict of law provisions.

### *HOPE's Consent to the Terms of Use*

24.  Any person or entity who registered to use Facebook on or about November 19, 2009, the date on which HOPE registered for Facebook, would have been presented with the two screens attached hereto as **Exhibit E** and reproduced below.  **Exhibit E** is a true and accurate

copy of the two screens ("*Screen* 1" and "*Screen* 2") that existed at the time HOPE registered for Facebook and is representative of the registration procedure that existed then.



    *Screen 1*



    *Screen 2*

25. To register for a Facebook account, the person would have had to fill in all of the identification fields on the first screen above and then click the "Sign Up" button.

26. The user would then be presented with the second screen depicted above. To proceed, the user had to successfully enter the words in the security check box and click the "Sign Up" button. If the user did not complete these steps, that user could not have registered for Facebook.

27. *Screen 2* of **Exhibit E** depicts a phrase below the "Sign Up" button that states "By clicking Sign Up, you are indicating that you have read and agree to the Terms of Use and Privacy Policy." "Terms of Use," which appears in blue, hyperlinked to those terms. If a user clicked on the Terms of Use hyperlink, they would have been redirected to a page displaying the complete Terms of Use operative on that date.

28. The Terms of Use operative on November 19, 2009, entitled "Statement of Rights and Responsibilities," are attached hereto as **Exhibit F. Exhibit F** is a true and correct copy of Facebook's Statement of Rights and Responsibilities in effect on November 19, 2009 when HOPE registered to use Facebook.

29. The Terms of Use in effect on November 19, 2009, stated that

> This Statement of Rights and Responsibilities ("Statement") derives from the Facebook Principles, and governs our relationship with users and others who interact with Facebook. By using or accessing Facebook, you agree to this Statement.

30. The Terms of Use in effect on November 19, 2009, also included a clause governing forum selection, personal jurisdiction, and choice of law. That clause provided:

> You will resolve any claim, cause of action or dispute ("claim") you have with us arising out of or relating to this Statement or Facebook exclusively in a state or federal court located in Santa Clara County. The laws of the State of California will govern this Statement, as well as any claim that might arise between you and us, without regard to conflict of law provisions. You agree to submit to the

personal jurisdiction of the courts located in Santa Clara County, California for the purpose of litigating all such claims.

*FHCGSA's Consent to the Terms of Use*

31.     Any person or entity who registered to use Facebook on or about April 29, 2015, the date on which FHCGSA registered for Facebook, would have been presented with the screen attached hereto as **Exhibit G** and reproduced below.  **Exhibit G** is a true and accurate copy of the screen that existed at the time FHCGSA registered for Facebook and is representative of the registration procedure that existed then.



32.     To register for a Facebook account, the person must fill in all of the identification fields and then click the "Sign Up" button.

9

33. If the user did not complete these steps, that user could not have registered for Facebook.

34. **Exhibit G** depicts a phrase above the "Sign Up" button that states "By clicking Sign Up, you agree to our Terms and that you have read our Data Policy, including our Cookie Use." "Terms," which appears in blue, hyperlinked to those terms. If a user clicked on the Terms hyperlink, they would have been redirected to a page displaying the complete Terms of Use operative on that date.

35. The Terms of Use operative on April 29, 2015, entitled "Statement of Rights and Responsibilities," are attached hereto as **Exhibit D**. **Exhibit D** is a true and correct copy of Facebook's Statement of Rights and Responsibilities in effect on April 29, 2015 when FHCGSA registered to use Facebook.

36. The Terms of Use in effect on April 29, 2015, stated that

> This Statement of Rights and Responsibilities ("Statement," "Terms," or "SRR") derives from the Facebook Principles, and is our terms of service that governs our relationship with users and others who interact with Facebook, as well as Facebook brands, products and services, which we call the "Facebook Services" or "Services". By using or accessing the Facebook Services, you agree to this Statement, as updated from time to time in accordance with Section 13 below.

37. The Terms of Use in effect on April 29, 2015, also included a clause governing forum selection, personal jurisdiction, and choice of law. That clause provided:

> You will resolve any claim, cause of action or dispute (claim) you have with us arising out of or relating to this Statement or Facebook exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County, and you agree to submit to the personal jurisdiction of such courts for the purpose of litigating all such claims. The laws of the State of California will govern this Statement, as well as any claim that might arise between you and us, without regard to conflict of law provisions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 4th day of June 2018 at Menlo Park, California.

_____
MICHAEL DUFFEY