# EXHIBIT A

Case 1:18-cv-02689-JGK    Document 31-1    Filed 06/04/18    Page 1 of 2

