# EXHIBIT C

Case 1:18-cv-02689-JGK   Document 31-3   Filed 06/04/18   Page 1 of 2

**facebook**

Email or Phone | Password
Log In
Forgot account?

# Connect with friends and the world around you on Facebook.

# Sign Up

It's free and always will be.

First name | Last name

 **See photos and updates** from friends in News Feed.

Mobile number or email

Re-enter mobile number or email

 **Share what's new** in your life on your Timeline.

New password

**Birthday**

 **Find more** of what you're looking for with Facebook Search.

Month ▼ | Day ▼ | Year ▼    Why do I need to provide my birthday?

○ Female    ○ Male

By clicking Sign Up, you agree to our Terms and that you have read our Data Policy, including our Cookie Use. You may receive SMS Notifications from Facebook and can opt out at any time.

**Sign Up**

Create a Page for a celebrity, band or business.

---

English (US) | Español | Français (France) | 中文(简体) | العربية | Português (Brasil) | Italiano | 한국어 | Deutsch | हिन्दी | 日本語 | +

Sign Up | Log In | Messenger | Facebook Lite | Mobile | Find Friends | People | Pages | Places | Games | Locations
Celebrities | Groups | Moments | Instagram | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies
Ad Choices▷ | Terms | Help