# EXHIBIT E

# facebook

Email [ ] [ ] Login

## Facebook helps you connect and share with the people in your life.



## Sign Up
It's free and anyone can join

First Name: [ ]
Last Name: [ ]
Your Email: [ ]
New Password: [ ]
I am: Select Sex:
Birthday: Day: Month: Year:
Why do I need to provide this?

[Sign Up]



