USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-2-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL FAIR HOUSING ALLIANCE, ET AL.,

        Plaintiffs,

- against -

FACEBOOK, INC.,

        Defendant.

---

18-cv-2689 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As stated at the conference held today, the defendant's motion to dismiss and/or transfer is **denied without prejudice** because it is moot. The Clerk is directed to close the motion at docket number 27. The parties should provide a new briefing schedule for any new motion against the plaintiffs' amended complaint by **July 2, 2018**.

SO ORDERED.

Dated:    New York, New York
           June 29, 2018

                                            _____
                                            John G. Koeltl
                                       United States District Judge