UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING JUSTICE CENTER, INC.; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　　　　Defendant. | No: 18 Civ. 2689 |

**NOTICE OF MOTION TO TRANSFER VENUE, OR ALTERNATIVELY TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the memoranda of law accompanying this Notice of Motion, Defendant Facebook, Inc. ("Facebook") moves this Court, before the Honorable John G. Koeltl, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 1007, on a date and time to be determined by the Court, for an order transferring this action to the United States District Court for the Northern District of California or, in the alternative, for an order entering judgment for Defendant and dismissing with prejudice all claims asserted in Plaintiffs' First Amended Complaint filed June 25, 2018, ECF No. 33, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Facebook, Inc.'s Motion to Transfer Venue, or Alternatively to Dismiss Plaintiffs' First Amended Complaint, and other accompanying supporting documents.

1

DATED:  July 30, 2018 MUNGER, TOLLES & OLSON LLP

By: _/s/ Rosemarie T. Ring_
 ROSEMARIE T. RING
Attorneys for Defendant Facebook, Inc.

MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
(415) 512-4000

ROSEMARIE T. RING
rose.ring@mto.com
JONATHAN H. BLAVIN
jonathan.blavin@mto.com
JOSHUA PATASHNIK
josh.patashnik@mto.com
ELIZABETH A. KIM
elizabeth.kim@mto.com