# EXHIBIT A

Sign Up

Join or Log Into Facebook

Advertising Policies

‹ Prohibited Content

1. Community Standards
2. Illegal Products or Services
3. Discriminatory Practices
4. Tobacco Products
5. Drugs & Drug-Related Products
6. Unsafe Supplements
7. Weapons, Ammunition, or Explosives
8. Adult Products or Services
9. Adult Content
10. Third-Party Infringement
11. Sensational Content
12. Personal Attributes
13. Misleading or False Content
14. Controversial Content
15. Non-Functional Landing Page
16. Surveillance Equipment
17. Grammar & Profanity
18. Nonexistent Functionality
19. Personal Health
20. Payday or Cash Advance Loans
21. Multilevel Marketing
22. Penny Auctions
23. Counterfeit Documents
24. Low Quality or Disruptive Content
25. Spyware or Malware
26. Automatic Animation
27. Unauthorized Streaming Devices
28. Circumventing Systems
29. Prohibited Financial Products and Services

## 3. Discriminatory Practices

**Policy**

Ads must not discriminate or encourage discrimination against people based on personal attributes such as race, ethnicity, color, national origin, religion, age, sex, sexual orientation, gender identity, family status, disability, medical or genetic condition.

Facebook prohibits advertisers from using our ads products to discriminate against people. This means that advertisers may not (1) use our audience selection tools to (a) wrongfully target specific groups of people for advertising (see Advertising Policy 7.1 on Targeting), or (b) wrongfully exclude specific groups of people from seeing their ads; or (2) include discriminatory content in their ads. Advertisers are also required to comply with applicable laws that prohibit discrimination (see Advertising Policy 4.2 on Illegal Products or Services). These include laws that prohibit discriminating against groups of people in connection with, for example, offers of housing, employment, and credit.

U.S. Department of Housing and Urban Development

U.S. Equal Employment Opportunity Commission

Consumer Financial Protection Bureau

American Civil Liberties Union

Leadership Conferences on Civil and Human Rights

Department of Justice – Civil Rights Division

National Fair Housing Alliance

Disclaimer: This guide is not a substitute for legal advice. Consult a legal professional for specific advice about your situation.

Was this explanation helpful?

Yes    No