# EXHIBIT C

# facebook

Email or Phone | Password
--- | ---
 |  | **Log In**

Forgot account?

## Connect with friends and the world around you on Facebook.



**See photos and updates** from friends in News Feed.



**Share what's new** in your life on your Timeline.



**Find more** of what you're looking for with Facebook Search.

## Sign Up

It's free and always will be.

| First name | Last name |

Mobile number or email

Re-enter mobile number or email

New password

**Birthday**

Month ▼  Day ▼  Year ▼   Why do I need to provide my birthday?

○ Female   ○ Male

By clicking Sign Up, you agree to our Terms and that you have read our Data Policy, including our Cookie Use. You may receive SMS Notifications from Facebook and can opt out at any time.

**Sign Up**

Create a Page for a celebrity, band or business.

---

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語  +

| Sign Up | Log In | Messenger | Facebook Lite | Mobile | Find Friends | People | Pages | Places | Games | Locations |
| Celebrities | Groups | Moments | Instagram | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies |
| Ad Choices | Terms | Help | | | | | | | | |