# EXHIBIT E



# facebook

Remember Me    Forgot your password?

Email    Login

## Facebook helps you connect and share with the people in your life.



### Sign Up
It's free and anyone can join

**Security Check**
Enter **both words** below, **separated by a space**.
Can't read the words below? Try different words or an audio captcha.



Text in the box: [        ]

◄ Back    **Sign Up**

By clicking Sign Up, you are indicating that you have read and agree to the Terms of Use and Privacy Policy.

nguage options here)

Facebook © 2009   (language options here)    About   Advertising   Developers   Careers   Terms   Blog   Widgets   ▪   Find Friends   Privacy   Mobile   Help