# EXHIBIT G


