UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING JUSTICE CENTER, INC.; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO,

    Plaintiffs,

v.

FACEBOOK, INC.,

    Defendant.

No: 18 Civ. 2689 (JGK)

### DECLARATION OF DIANE L. HOUK IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE, OR ALTERNATIVELY TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

DIANE L. HOUK declares, under penalty of perjury, that the following is true and correct:

1. I am of counsel with the firm of Emery Celli Brinckerhoff & Abady LLP, attorneys for the Plaintiffs in this action.

2. Attached hereto as Exhibit A is a true and correct copy of Facebook's "Terms of Service," previously referred to as Facebook's "Statements of Rights and Responsibility" subpage of its website. Emery Celli Brinckerhoff & Abady LLP employees working at my direction obtained a copy of this document on August 16, 2018. As of August 16, 2018, this document was also available at: https://www.facebook.com/terms.php.

3. Attached hereto as Exhibit B is a true and correct copy of a prior version of the Facebook's "Statements of Rights and Responsibility" subpage of its website. Emery Celli Brinckerhoff & Abady LLP employees working at my direction obtained a copy of this

1

document on April 16, 2018. As of August 16, 2018, this document was also available at: https://www.facebook.com/legal/terms/previous?ref=new_policy.

4. Attached hereto as Exhibit C is a true and correct copy of an Assurance of Discontinuance signed by the Attorney General of the State of Washington and Defendant Facebook, Inc. This document was filed in King County Superior Court in Seattle, Washington on July 24, 2018 under Case No: 18-2-18287-5.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2018
New York, New York

_____
DIANE L HOUK

2