UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NATIONAL FAIR HOUSING ALLIANCE,
                              Plaintiff(s),

                                                    **NOTICE OF ORAL ARGUMENT**

            -against-

FACEBOOK, INC.,                                     18 civ 2689 (JGK)
                              Defendant(s).
-------------------------------------------------------X

To All Parties,

        You are directed to appear for oral argument on the pending motion(s), to be held on

**Thursday, December 13, 2018, at 10:30am,** in Courtroom 14A, before the Honorable

John G. Koeltl.

        **All requests for adjournments must be made in writing to the Court.**

        For any further information, please contact the Court at (212) 805-0107.

                                            **Don Fletcher**

                                    **Courtroom Case Manager**

Dated: New York, New York
       November 26, 2018