**MUNGER, TOLLES & OLSON LLP**

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

November 28, 2018

Writer's Direct Contact
(415) 512-4089
(415) 512-4077 FAX
Elizabeth.Kim@mto.com

Hon. John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Nat'l Fair Housing Alliance v. Facebook, Inc.*, No. 1:18-cv-02689-JGK

Dear Judge Koeltl:

The parties in the above case submit this letter respectfully requesting a short continuance of the oral argument just set by the Court for December 13, 2018, at 10:30 am (Dkt. No. 34) until the week of January 7, 2019, due to scheduling conflicts. Katie Rosenfeld, counsel for plaintiffs, has authorized me to represent to the Court that plaintiffs join defendant Facebook in making this request.

Facebook's lead counsel, Rose Ring from Munger, Tolles & Olson LLP ("MTO"), has a hearing in another case in California on December 13, and other professional and personal commitments in California during that week. Facebook's in-house counsel is also unable to travel to New York between December 10 and 12. During the week of December 17, Facebook's lead counsel is out of the office for personal travel that has been scheduled for months and is nonrefundable. The only other MTO partner on the case is set to be in trial in Florida from December 10 until 21. Counsel for both parties are out of the office during the week of December 24, 2018.

MUNGER, TOLLES & OLSON LLP

Hon. John G. Koeltl
November 28, 2018
Page 2

      Given the above scheduling conflicts and intervening holidays, the parties respectfully request a continuance of the oral argument set for December 13, 2018 until the week of January 7, 2019.  The parties are available any day during that week that is convenient for the Court.

                                      Very truly yours,

                                      */s/ Elizabeth A. Kim*

                                      Elizabeth A. Kim

40696465.1