MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

December 27, 2018

Writer's Direct Contact
(415) 512-4089
(415) 512-4077 FAX
elizabeth.kim@mto.com

Hon. John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Nat'l Fair Housing Alliance v. Facebook, Inc.*, No. 1:18-cv-02689-JGK

The Parties in the above-referenced case submit this letter respectfully requesting a short continuance of the hearing set for January 10, 2019, at 10:30 am, on Facebook's Motion to Transfer Venue, Or Alternatively to Dismiss Plaintiffs' Complaint (Dkt. No. 35), to allow the Parties to focus on ongoing settlement discussions. Diane Houk, counsel of record for Plaintiffs, has authorized me to represent to the Court that Plaintiffs join Facebook in filing this letter.

The Parties are engaged in formal mediation efforts with the assistance of a mediator. Those efforts have consisted of in-person and telephone mediation sessions resulting in the recent exchange of term sheets. However, due to the holiday season, several key decision-makers have been unavailable and will continue to be unavailable through the first week in January. The Parties, their counsel, and the mediator believe the Parties are making sufficient progress toward settlement that a continuance of the January 10, 2019 hearing would greatly facilitate these efforts. The Parties have conferred on scheduling and identified the week of February 11, 2019 as their first common availability.

MUNGER, TOLLES & OLSON LLP

Hon. John G. Koeltl
December 27, 2018
Page 2

    Accordingly, the Parties respectfully request a short continuance of the January 10, 2019 motion hearing until the week of February 11, 2019. The Parties are available any day during that week that is most convenient for the Court.

Very truly yours,

*/s/ Elizabeth A. Kim*

Elizabeth A. Kim

APPLICATION GRANTED. The hearing is adjourned to **February 11, 2019, at 4:30 p.m.** No further adjournments will be granted.

SO ORDERED

Vernon S. Broderick
United States District Judge
Part I
December 28, 2018

40874437.2