UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL FAIR HOUSING ALLIANCE; FAIR
HOUSING JUSTICE CENTER, INC.; HOUSING
OPPORTUNITIES PROJECT FOR
EXCELLENCE, INC.; FAIR HOUSING
COUNCIL OF GREATER SAN ANTONIO,

                      Plaintiffs,

    v.

 FACEBOOK, INC.,

                     Defendant.

No:  18 Civ. 2689 (JGK)

## STIPULATION AND ORDER FOR DISMISSAL

WHEREAS, Plaintiffs and Defendant, through their undersigned counsel, stipulate and agree as follows:

1.     This action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the motion to restore the action is made within forty-five (45) days of the date of this Order.

2.     If the parties do not move to reopen the action within forty-five (45) days of the date of this Order, the action will be dismissed with prejudice.

3.     Any application by Plaintiffs to restore the case to the Court's calendar is limited to the following purposes to:

a)  Transfer the case to the Northern District of California; or

b)  Restore the case to the Southern District of New York calendar for further proceedings because the parties have not resolved the underlying claims.

4.     All pending motions are closed and all court dates are cancelled.

**EMERY CELLI BRINCKERHOFF
& ABADY LLP**

By: _____/s/_____
     Diane L. Houk
     Katherine Rosenfeld
     David Berman
     *Attorneys for Plaintiffs*
     600 5th Avenue, 10th Floor
     New York, New York 10020
     (212) 763-5000

**MUNGER, TOLLES & OLSON LLP**

By: _____/s/_____
     Rosemarie T. Ring
     Jonathan H. Blavin
     Elizabeth A. Kim
     *Attorneys for Defendant*
     560 Mission Street, 27th Floor
     San Francisco, California 94105
     (415) 512-4008

**SO ORDERED:**

Dated: February \_, 2019

_____
HON. JOHN G. KOELTL
United States District Court Judge

2