UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING JUSTICE CENTER, INC.; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>FACEBOOK, INC., <br><br>　　　　　　　Defendant. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC# _____ <br> DATE FILED: 2-6-19 <br><br> No: 18 Civ. 2689 (JGK) |

**STIPULATION AND ORDER FOR DISMISSAL**

WHEREAS, Plaintiffs and Defendant, through their undersigned counsel, stipulate and agree as follows:

1. This action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the motion to restore the action is made within forty-five (45) days of the date of this Order.

2. If the parties do not move to reopen the action within forty-five (45) days of the date of this Order, the action will be dismissed with prejudice.

3. Any application by Plaintiffs to restore the case to the Court's calendar is limited to the following purposes to:

   a) Transfer the case to the Northern District of California; or

   b) Restore the case to the Southern District of New York calendar for further proceedings because the parties have not resolved the underlying claims.

4. All pending motions are closed and all court dates are cancelled.

1

| | |
|---|---|
| **EMERY CELLI BRINCKERHOFF & ABADY LLP** | **MUNGER, TOLLES & OLSON LLP** |
| By: _____/s/_____<br>Diane L. Houk<br>Katherine Rosenfeld<br>David Berman<br>*Attorneys for Plaintiffs*<br>600 5th Avenue, 10th Floor<br>New York, New York 10020<br>(212) 763-5000 | By: _____/s/_____<br>Rosemarie T. Ring<br>Jonathan H. Blavin<br>Elizabeth A. Kim<br>*Attorneys for Defendant*<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>(415) 512-4008 |

**SO ORDERED:**

Dated: February 6, 2019

/s/ John G. Koeltl
HON. JOHN G. KOELTL
United States District Court Judge