UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING JUSTICE CENTER, INC.; HOUSING OPPORTUNITIES PROJECT FOR EXCELLENCE, INC.; FAIR HOUSING COUNCIL OF GREATER SAN ANTONIO,

          Plaintiffs,

v.

FACEBOOK, INC.,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/09/19

Index No: 18 Civ. 02689

**STIPULATION AND ORDER**

WHEREAS, on February 6, 2019, this action was dismissed without prejudice to the parties' restoring the action to the Court's calendar, provided the motion to restore the action was made within 45 days of the date of the Court's order of dismissal;

WHEREAS, Plaintiffs and Defendant, through their undersigned counsel, stipulate and agree as follows:

1. This action is reopened and restored to the Court's calendar;

2. This action is hereby dismissed with prejudice, pursuant to the terms of the Settlement Agreement attached hereto as Exhibit 1.

3. The Court shall retain jurisdiction over this action for the sole purpose of enforcing compliance with the terms of the Settlement Agreement and Order.

4. A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically or by facsimile transmission.

*[signature page to follow]*

Dated: March 19, 2019
New York, New York

| | |
|---|---|
| **EMERY CELLI BRINCKERHOFF & ABADY LLP** | **MUNGER, TOLLES & OLSON LLP** |
| By: /s/ Diane L. Houk<br>Diane L. Houk<br>Katherine Rosenfeld<br>David Berman<br>*Attorneys for Plaintiffs*<br>600 5th Avenue, 10th Floor<br>New York, New York 10020<br>(212) 763-5000 | By: /s/ Rosemarie T. Ring<br>Rosemarie T. Ring<br>Jonathan H. Blavin<br>Elizabeth A. Kim<br>*Attorneys for Defendant*<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>(415) 512-4008 |

**SO ORDERED:**

Dated: March 28, 2019

/s/ John G. Koeltl
HON. JOHN G. KOELTL
United States District Court Judge